UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP BURTON HAUSKEN,

    Plaintiff,

  v.

D LEWIS et al.,

    Defendants.

CASE NO. C13-5346 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court denies plaintiff's motion to proceed in forma pauperis because this action is duplicative of another case where plaintiff is pursuing injunctive relief on the same issue. *See, Hausken v. Lewis*, 12-5882BHS/JRC.

DATED this 14th day of June, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1